# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER S. STRECKENBACH,**

      Petitioner,

  -vs-

                                    Case No. 13-C-269

**MICHAEL A. DITTMAN,**
**Warden, Redgranite Correctional Institution,**

      Respondent.

## DECISION AND ORDER

The respondent moves for a more definite statement and for a stay of further proceedings pending the Court's Rule 4 review of the re-filed habeas petition. This motion [ECF No. 13] is **GRANTED**. The petitioner, Christopher Streckenbach, must file an amended petition that satisfies the requirements of Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts on or before **September 13, 2013**. **If Streckenbach fails to submit an amended petition by September 13, 2013, this action shall be dismissed.**

In addition, Streckenbach's motion to proceed [ECF No. 14] is **DENIED**, and the respondent's motion to strike or disregard [ECF No. 17] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2013.

                                            BY THE COURT:

                                            _____
                                            HON. RUDOLPH T. RANDA
                                            U.S. District Judge