UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHRISTOPHER S. STRECKENBACH,**

      Petitioner,

  -vs-

                                      Case No. 13-C-269

**MICHAEL A. DITTMAN,**
**Warden, Redgranite Correctional Institution,**

      Respondent.

---

## DECISION AND ORDER

---

      Christopher Streckenbach has filed an amended petition in response to the Court's order directing him to do so. Although not exactly a model of clarity, the Court finds that it satisfies the requirements of Rule 2(c) of the Rules Governing Section 2254 Cases. The Court is also unable to conclude that Streckenbach is not entitled to relief. *Id.*, Rule 4. Therefore, the respondent should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

      Dated at Milwaukee, Wisconsin, this 25th day of September, 2013.

                                                  **BY THE COURT:**

                                                  _____
                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**